JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KENNETH J. EASLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT ST. ANDREW,<br><br>　　　　Respondent. | Case No. 5:23-cv-00843-SB (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 10, 2024

　　　　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1